IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DISNEY, | CIV. S-05-703-DFL |
|     Plaintiff, | |
|     v. | <u>ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT</u> |
| U.S. DEPARTMENT OF AGRICULTURE, | |
|     Defendant. | |

The court has been advised by Bobbie Montoya, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than January 30, 2006, and,

///

1

```
1        2.   That all hearing dates previously set in this matter
2   are vacated.
3        IT IS SO ORDERED.
4   Dated:  10/26/2005
```

                                  /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge