```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:    (916) 554-2775

 5  Attorneys for United States of America
```

UNITED STATES COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. DISNEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:05-CV-0703 DFL GGH PS<br><br>ORDER OF DISMISSAL PURSUANT TO STIPULATION BETWEEN THE PARTIES [proposed] |

The above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to and in accordance with the Stipulation for Compromise Settlement, Releases and Dismissal filed herein on November 22, 2005. The Clerk of the Court shall enter the dismissal and release in the official docket.

IT IS SO ORDERED.

DATED: 11/28/2005

　　　　　　　　　　　　　　　　　　　　/s/ David F. Levi
　　　　　　　　　　　　　　　　　　　　DAVID F. LEVI
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on November 22, 2005, she served a copy of:

ORDER OF DISMISSAL PURSUANT TO
STIPULATION BETWEEN THE PARTIES
[proposed]

by placing said document(s) in postage paid envelope(s) addressed to the persons listed below, which are the last known addressees, and deposited said envelope(s) in the United States mail in Sacramento, California.

ADDRESSEE(S):

James H. Disney, Esq.
3325 Clayton Road
Concord, CA 94519-2833

*/s/ Jocelyn M. Trujillo*
(Original signature retained by attorney)

_____
JOCELYN M. TRUJILLO
Legal Assistant